# SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION



FILED
MAY 22 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| | ) |
| | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) [Vio: 21 U.S.C. § 846 - |
| V. | )  Conspiracy; |
| | ) 21 U.S.C. § 841(a)(1)- |
| 1.) ADRIAN CRAIG JUNKER, | ) Possession With Intent to |
| 2.) LORAINE ADELITA GOMEZ, | ) Distribute and Distribution of |
| 3.) DEBORAH LORRAINE SWAN, | ) a Controlled Substance] |
| 4.) GARY WEST RITCHIE, and | ) **MO13CR0151** |
| 5.) JAMES EDISON MYERS | ) |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 846]

Beginning on or about November 1, 2011 and continuing until on or about the date of this Indictment, in the Western District of Texas and elsewhere, the Defendants,

1.) ADRIAN CRAIG JUNKER,
2.) LORAINE ADELITA GOMEZ,
3.) DEBORAH LORRAINE SWAN,
4.) GARY WEST RITCHIE, and
5.) JAMES EDISON MYERS

did combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved five hundred (500) grams or more of a mixture

and substance containing a detectable amount of methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

ROBERT PITMAN  
UNITED STATES ATTORNEY

Original signed by the foreperson of the Grand Jury

BRANDI YOUNG  
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR0151

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: May 22, 2013 | MAG CT #: N/A | FBI #: 7373KC1 |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 1.) ADRIAN CRAIG JUNKER | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: | | |
| DEFENDANT IS: | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to possess with intent to distribute and distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>S/A Dean Cook<br>Drug Enforcement Administration<br>1004 North Big Spring Street, Suite 225<br>Midland, Texas 79701 | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR0151

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: May 22, 2013 | MAG CT #: N/A | FBI #: 82333JB4 |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:2.) LORAINE ADELITA GOMEZ | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:

DEFENDANT IS:

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to possess with intent to distribute and distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
S/A Dean Cook
Drug Enforcement Administration
1004 North Big Spring Street, Suite 225
Midland, Texas 79701

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR0151

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: May 22, 2013 | MAG CT #: N/A | FBI #: 983999PB6 |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 3.) DEBORAH LORRAINE SWAN | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA   INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: | | |
| DEFENDANT IS: | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to possess with intent to distribute and distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>S/A Dean Cook<br>Drug Enforcement Administration<br>1004 North Big Spring Street, Suite 225<br>Midland, Texas 79701 | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR0151

| | |
|---|---|
| SEALED: XX | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: May 22, 2013 | MAG CT #: N/A | FBI #: 635644LA5 |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG |
| DEFENDANT: 4.) GARY WEST RITCHIE | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: |
| DEFENSE ATTORNEY: |
| DEFENDANT IS: |
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
| PROBATION OFFICER: |
| NAME AND ADDRESS OF SURETY: |
| YOUTH CORRECTIONS ACT APPLICABLE: No |
| PROSECUTION BY: Indictment |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to possess with intent to distribute and distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine. |
| OFFENSE IS: FELONY |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. |
| PENALTY IS MANDATORY: As stated above. |
| REMARKS: AGENT:<br>S/A Dean Cook<br>Drug Enforcement Administration<br>1004 North Big Spring Street, Suite 225<br>Midland, Texas 79701 |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO13CR0151

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: May 22, 2013 | MAG CT #: N/A | FBI #: 306921VB2 |
| CASE NO: MO-13-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:5.) JAMES EDISON MYERS | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: | | |
| DEFENDANT IS: | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to possess with intent to distribute and distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>S/A Dean Cook<br>Drug Enforcement Administration<br>1004 North Big Spring Street, Suite 225<br>Midland, Texas 79701 | | |